UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GEARY WILSON,

    Plaintiff,

    v.

COUNTY OF CONTRA COSTA, et al.,

    Defendants.

No. C 20-04160 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order dismissing this action with prejudice, **FINAL JUDGMENT IS HEREBY ENTERED** against Plaintiff Michael Geary Wilson and in favor of defendants County Of Contra Costa; Superior Court Of California For The County Of Contra Costa; Contra Costa County Office Of Education; City Of Concord; City Of Oakland; City Of Pleasant Hill; City Of Walnut Creek; Central Marin Police Authority; Mount Diablo Unified School District/Special Education Local Plan Area; County Of Marin; Superior Court Of California For The County Of Marin; County Of Santa Clara; Superior Court Of California For The County Of Santa Clara; Atkinson, Andelson, Loya, Ruud & Romo; Admiral Security Services, Inc.; Carson Attorney Services; Fagen, Friedman & Fulfrost, LLP; Hoge Fenton Jones & Appel, Inc.; Jordan Consulting & Investigations; John Muir Health; Leigh Law Group, P.C.; Long & Levit, LLP; Orbach, Huff, Suarez & Henderson LLP; Rankin, Shuey, Ranucci, Mintz; Lampasona & Reynolds, a professional corporation; Thomas Daly Law, a professional

corporation; Alan Frenklach; Alicia D. Williams; Alison Paige Buchanan; Andrew David Lingua; Andrew Edward Sweet; Andrew James Olson; Angelica Navarro; Barry Baskin; Benjamin Samuel Campopiano; Beth Ann Johnson; Beth Schluter Jordan; Bradley Davis; Brian Thomas Lawrence; Brooke Rochelle Pool; Bruce Wayne Jower; Calvin Knight; Carol Lynn Cassidy; Carol Weinstein Overton; Charles Benson Burch; Charles Stephen Treat; Cherise Marie Khaund; Cheryl Hansen; Christina Marie Ensley; Christine Anell Huntoon; Christine L. Wilburn; Christopher J. Souza; Christopher Joseph Holleran; Clifton Edward Huffmaster; Contra Costa County Sheriff's Office Cor; Craig Michael Brooks; Cynthia Lynn Keast; Damien Berkes Troutman; Daniel John Wedemeyer; Darryl R. Saffold; David Elliot Goldstein; David F. Downs; David O. Livingston; David Todd Shuey; Deborah A. Cooksey; Deborah Ann Ryan; Debra Ann Maher; Debra L. Mason; Derek Hall Murdock; Diana B. Becton; Diane Patricia Morrell; Dominic Efrain Medina; Donna Dong; Dorilyn Kam Lan Ahana; Douglas E. Wolfe; Dustin James Brookshire; Edward George Weil; Elizabeth Ann Estes; Fayedine L. Coulter; Female CPD Employee 3172; Fraser Grant Ritchie; Gareth Thomas O'Brien; Gary Silva; Gregory A. Mahan; Gregory Harper; Guy Anthony Swanger; Heather I. Rock; Howard Alanzo Jordan; Howard Jay Fulfrost; James A. Davis, Jr.; James Helms; James Hoak; James M. Kim; James Tsaiming Chou; Janet Minkiewicz; Janis Erleen Howe; Jay Edward Carson; Jay Toivo Jambeck; Jeannine Marie Yore; Jeffrey Colin Hagerstrand; Jeffrey Michael Krieger; Jennifer G. Sachs; Jesse Ray Rutland; Jesse Savage; Jessica Lynne Pozos; Tim Miller; Joanne L. Durkee; John A. Garcia; John Brendan Sullivan; John R. Barrientos; John William Ranucci; Johnny Y. Estrada; Jonathan Michael Fey; Jonathan Robert Rizzardi; Jose A. Espinoza; Joseph "Gerard" Estrada; Joseph Patrick McMonigle; Judy Ann Walker; Karen Shigezumi Sakata; Katan Nanthasiri; Kate Wylie Sandiford; Kathleen Hanau Gaines; Kathryn Ann Bieker; Kelly R. Cooper; Kevin Ellsworth Gilbert; Kevin Randall Mintz; Kyle Andrew Colvin. Laura Catherine Riparbelli; Laura Maureen Juranek; Laurie Smith; Lawrence Michael Schoenke; Lee Lawrence; Lester A. Lawson; Linda Kaye Mayo; Linda Marie Schuler; Lisa Angell Murphy-Oates; Lori Elizabeth Frugoli; Lori Marian Amenta; Mandy Gina Leigh; Margaret Wood; Margery Dorise Russell;

Maria Margarite Lampasona; Marin County Sheriff's Office Cor; Mario Perez; Mark Andrew Souza; Mark D. Evans; Mary Ann Grubb; Maureen Ann Folan; Melissa R. Murphy; Micah Leif Mendez; Michael A. Jimenez; Michael A. Norton; Michael Glenn McAlister; Michael J. Watson; Michael Joseph Davis; Michael Plummer; Michael Rene Reynolds; Michael Thomas Czyz; Michael W. Roberts; Mike Westfield; Nancy Davis Stark, Natalie Brown; Nellie Eileen Meyer; Nooria Achakzai; Oakland Police Department Cor; Paul Miller Haakenson; Paul Richard Mulligan; Peri Ann Buchholz; Peter Kirk Fagen; Quashina Renee Roary; Rebecca J. Fleming; Renee Rogers; Richard Jackson; Rickey Allen Rivera; Robert Anthony Martinez; Roger Clifford Bylund; Rosanne Marie Reid; Rosemary Lee Slote; Rosenda Flores Ramos; Rowland Bernal; Roy Albert Combs; Russell A. Garcia; Ryan Michael Hibbs; Sandra Kay Barnhart; Sandra Louise Cremin; Santa Clara County Sheriff's Office Custodian Of Records; Scott Brian Moorhouse; Sean James Bias; Sean Michael Conley; Sean Patrick Donnelly; Sean R. Eriksen; Sekou Lumumba; Seth Nathaniel Eckstein; Shane Michael Blatz; Shanna Gage Lai; Shawn Allen Francis; Shay Darrell Haynes; Sinead Susan McCarron; Stephanie R.C. Kang; Stephanie Sunny Quintana; Stephen Paul Freccero; Steven A. Valkanoff; Steven Craig Bolen; Summer Maureen Galer; Tamara Denise Kast; Tara Franco Ashoo; Terry William Koehne; Theresa K. Ramos; Thomas Edward Chaplin; Thomas Joseph Daly; Todd Wayne Stroud; Vita A. Johansen; Wendi Susan Aghily; William Bryan Cassin; Yvonne Lynette Benitez; and Does 1-100.  The clerk shall please **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: August 20, 2020

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

3